379 A.2d 578

Commonwealth v. Brandon, Appellant.

Submitted September 22, 1976. Charles J. Fonzone, Assistant Public Defender, for appellant; Wardell F. Steigerwalt, Assistant District Attorney, and George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.